# DOCUMENTS TO BE SEALED

<u>PLAINTIFF</u>

-V-

<u>DEFENDANT</u>

<u>DOCKET NUMBER:</u> 23 CV 01244

<u>DATE FILED:</u> FEB 1 4 2023

<u>SIGNED BY:</u> JUDGE GARDEPHE

<u>DATE SIGNED:</u> FEB 0 8 2023

<u>TO BE FILED UNDER SEAL:</u>

\_\_\_\_\_ ENTIRE ACTION

\_\_\_\_\_ COMPLAINT/PETITION ONLY

\_\_\_\_\_ OTHER DOCUMENTS/EXHIBITS